CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 3 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES A. FARMER, JR., <br>     Plaintiff, | ) <br> )    Civil Action No. 7:05CV00631 <br> ) |
| v. | )    **ORDER** <br> ) |
| | )    By Hon. Glen E. Conrad |
| B.A. BLEDSOE, et al., <br>     Defendant. | )    United States District Judge <br> ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's complaint shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This ___2d___ day of November, 2005.

                                                         _/s/ Glen E. Conrad_
                                                   United States District Judge